```
NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
CATHERINE S. AHN (Cal. Bar No. 248286)
POONAM G. KUMAR (Cal. Bar No. 270802)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2424 / 0719
     Facsimile: (213) 894-0141
     E-mail:    catherine.s.ahn@usdoj.gov
                poonam.kumar@usdoj.gov

Attorneys for Intervenor
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br><br>    v.<br><br>BRENDAN MATTHEW ROSS,<br>    Defendant. | No. 20-CV-7202-DSF-MRW<br><br>[PROPOSED] ORDER |

The Government's motion to intervene in this proceeding, pursuant to Fed. R. Civ. P. 24, is GRANTED. Further, the Government's motion to stay civil discovery in this proceeding is GRANTED.

IT IS SO ORDERED.

_____      _____
DATE                          THE HONORABLE DALE S. FISCHER
                              UNITED STATES DISTRICT JUDGE

Presented by:
  /s/
_____
CATHERINE S. AHN
Assistant U.S. Attorney

1