NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
CATHERINE S. AHN (Cal. Bar No. 248286)
POONAM G. KUMAR (Cal. Bar No. 270802)
Assistant United States Attorneys
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2424 / 0719
    Facsimile: (213) 894-0141
    E-mail:    catherine.s.ahn@usdoj.gov
              poonam.kumar@usdoj.gov

Attorneys for Intervenor
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br><br>    v.<br><br>BRENDAN MATTHEW ROSS,<br>    Defendant. | No. 20-CV-7202-DSF (MRWx)<br><br>ORDER |

The Government's unopposed motion to intervene in this proceeding, pursuant to Fed. R. Civ. P. 24, is GRANTED. Further, the Government's unopposed motion to stay civil discovery in this proceeding is GRANTED.

IT IS SO ORDERED.

DATED: November 30, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

Presented by:
  /s/
_____
CATHERINE S. AHN
Assistant U.S. Attorney

1